MAY 19, 1958

**Reap. Dec. 9158.—** ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄ *Leslie B. Canion* v. *United States.* Entered at Houston, Tex. Reap. Dec. 9127. Motion by plaintiff.

MAY 19, 1958

**Reap. Dec. 9159.—** ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
*Manhattan Export Co. et al.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 9102. Motion by plaintiffs.

**Reap. Dec. 9160.—** ▄▄▄▄▄▄▄▄▄▄▄ *Vandegrift Forwarding Co., Inc.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 9119. Motion by plaintiff.